EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Federico O. López Santiago | 2020 TSPR 146 |
| | 205 DPR _____ |

Número del Caso: TS-14,977


Fecha: 2 de diciembre de 2020


Abogados del peticionario:

    **Clínica de Asistencia Legal**
    **Universidad de Puerto Rico**
    Lcdo. Guillermo Figueroa Prieto
    Lcda. Margarita Mercado Echegaray


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                              TS-14,977

Federico O. López Santiago


RESOLUCIÓN


San Juan, Puerto Rico, a 2 de diciembre de 2020.

Examinada la *Solicitud de Readmisión a la Práctica de la abogacía,* presentada por el Sr. Federico O. López Santiago a través de su representación legal, se ordena la reinstalación de éste al ejercicio de la abogacía.

Se le ordena a la Secretaría de este Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.


                    José Ignacio Campos Pérez
                    Secretario del Tribunal Supremo